GEOFFREY E. WIGGS (SBN 276041)
THE LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor

The following constitutes
the order of the court. Signed January 31, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 17-40146-RLE-13 |
| **STEVE & JANICE PASION**, | Chapter 13 |
| Debtor. | **ORDER RE DEBTOR'S EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN** |

    Upon the *ex parte* motion of **STEVE & JANICE PASION** (hereinafter **Debtors**), for an extension of time to file **Summary of schedules; Statistical Summary** of Certain Liabilities; **Schedule A** - Real Property; **Schedule B** - Personal Property; **Schedule C** - Exempt Property; **Schedule D** - Secured Creditors; **Schedule E** - Unsecured Priority Creditors; **Schedule F** - Unsecured Nonpriority Creditors; **Schedule G** - Exec. Contracts & Unexpired Leases; **Schedule H** - Codebtors; **Schedule I** - Current Income of Individual Debtors; **Schedule J** - Current Expenditures of Individual Debtors; **Declaration Concerning Debtor's Schedules**; **Statement of Financial Affairs**; Means Test - **Form 122C-1 and 122C-2**; and **Chapter 13 Plan** and good cause appearing therefore,

    IT IS HEREBY ORDERED that **Debtors** shall file with this Court Summary of schedules; Statistical Summary of Certain Liabilities; Schedule A - Real Property; Schedule B -

- 1 -

ORDER RE: DEBTOR'S EX PARTE MOTION TO EXTEND TIME      CASE # 17-40146-RLE-13

Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditors; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual Debtors; Schedule J - Current Expenditures of Individual Debtors; Declaration Concerning Debtor's Schedules; Statement of Financial Affairs; Means Test - Form 122C-1 and 122C-2; and Chapter 13 Plan on or before **February 14, 2017**.

**\*\*\* END OF ORDER \*\*\***

1  COURT SERVICE LIST
2
3  **NONE**